1  ANNETTE P. CARNEGIE (CA SBN 118624)
   (ACarnegie@mofo.com)
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  DEAN J. ZIPSER (CA SBN 94680)
   (DZipser@mofo.com)
6  ADINA L. WITZLING (CA SBN 211719)
   (AWizling@mofo.com)
7  MORRISON & FOERSTER LLP
   19900 MacArthur Blvd., 12th Floor
8  Irvine, California 92612-2445
   Telephone: 949.251.7500
9  Facsimile: 949.251.0900

10 Attorneys for Defendant
   TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15

16 | MICHAEL SIMON, individually, and on behalf of all others similarly situated, | Case No. C07-06202 EMC |
   |---|---|
17 |  | **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FOR DEFENDANT TOSHIBA AMERICA INFORMATION SYSTEMS, INC.** |
18 | Plaintiffs, |  |
19 | v. |  |
20 | TOSHIBA AMERICA, INC., a Delaware corporation, and TOSHIBA AMERICA INFORMATION SYSTEMS, INC., a California corporation, |  |
21 |  | Honorable Eduard M. Chen |
22 | Defendants. | Courtroom C |

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
C07-06202 EMC
oc-337558

1  WHEREAS, plaintiff Michael Simon and defendant Toshiba America Information Systems, Inc. ("TAIS") have discussed exploring the possibility of an early resolution of this matter and intend to continue those discussions over the next several weeks;

WHEREAS, plaintiff has dismissed, or will be dismissing, his Complaint against defendant Toshiba America, Inc.; and

WHEREAS, given and to facilitate the parties' settlement efforts, and pursuant to Local Rule 6-1(a), the parties agree that the time by which TAIS may plead or otherwise respond to the complaint shall be extended to and including March 17, 2008,

NOW, THEREFORE, IN LIGHT OF THE FOREGOING, IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, on the one hand, and TAIS, on the other hand, by and through their respective undersigned counsel, as follows:

1. The deadline for TAIS to file and serve its initial response to the First Amended Complaint shall be extended to and including March 17, 2008;

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
C07-06202 EMC
oc-337558

1

2. This Stipulation may be executed in counterparts, each of which shall be deemed an original, but both of which, when taken together, shall constitute one and the same instrument. Executed signature pages of this Stipulation transmitted by facsimile shall be accepted by the parties hereto and the Court as though they were original signature pages.

Dated: January 24, 2008

DEAN J. ZIPSER
ANNETTE P. CARNEGIE
ADINA L. WITZLING
MORRISON & FOERSTER LLP

By: _____
    Dean J. Zipser

Attorneys for defendant
Toshiba America Information
Systems, Inc.

Dated: January 23, 2008

STUART C. TALLEY
KERSHAW, CUTTER & RATINOFF LLP

MARK J. TAMBLYN
WEXLER TORISEVA WALLACE LLP

By: _____
    Stuart C. Talley

Attorneys for plaintiff
Michael Simon