1  Stuart C. Talley (State Bar No. 180374)
   Email: stalley@kcrlegal.com
2  **KERSHAW, CUTTER & RATINOFF LLP**
   401 Watt Avenue
3  Sacramento CA 95864
4  Telephone: (916) 448-9800
   Facsimile: (916) 669-4499
5
   Mark J. Tamblyn (State Bar No. 179272)
6  Email: mjt@wtwlaw.com
7  **WEXLER TORISEVA WALLACE LLP**
   1610 Arden Way, Suite 290
8  Sacramento, CA 95815
   Telephone: (916) 568-1100
9  Facsimile: (916) 568-7890

10 Attorneys for Individual and Representative
11 Plaintiff Michael Simon

12
                    **UNITED STATES DISTRICT COURT**
13
                    **NORTHERN DISTRICT OF CALIFORNIA**
14
                         **SAN FRANCISCO DIVISION**
15

16
| MICHAEL SIMON, individually, and on behalf of all others similarly situated, | Case No. CV07-6202 EMC |
|---|---|
| Plaintiffs, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT TOSHIBA AMERICA, INC.** |
| TOSHIBA AMERICA, INC., a Delaware Corporation and TOSHIBA AMERICA INFORMATION SYSTEMS, INC., a California corporation, | |
| Defendants. | |

1

Notice of Voluntary Dismissal Without Prejudice of Defendant Toshiba America, Inc.

1  Plaintiff, individually, and on behalf of all others similarly situated, by and through his
2  undersigned counsel, hereby files this notice of voluntary dismissal of his complaint as to
3  Defendant TOSHIBA AMERICA, INC. only, without prejudice, pursuant to Rule 41(a)(1) of the
4  Federal Rules of Civil Procedure.

DATED: January 23, 2008.                    Respectfully submitted,

                                            **KERSHAW, CUTTER & RATINOFF LLP**

                                     By:    /s/ Stuart C. Talley
                                            Stuart C. Talley
                                            401 Watt Avenue
                                            Sacramento, California 95864
                                            Telephone: (916) 448-9800
                                            Facsimile: (916) 669-4499

                                            Mark J. Tamblyn
                                            **WEXLER TORISEVA WALLACE LLP**
                                            1610 Arden Way, Suite 290
                                            Sacramento, California 95815
                                            Telephone: (916) 568-1100
                                            Facsimile: (916) 568-7890

                                            Attorneys for Individual and Representative
                                            Plaintiff Michael Simon

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT TOSHIBA AMERICA, INC.