1  ANNETTE P. CARNEGIE (CA SBN 118624)
   (ACarnegie@mofo.com)
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  DEAN J. ZIPSER (CA SBN 94680)
   (DZipser@mofo.com)
6  ADINA L. WITZLING (CA SBN 211719)
   (AWizling@mofo.com)
7  MORRISON & FOERSTER LLP
   19900 MacArthur Blvd., 12th Floor
8  Irvine, California 92612-2445
   Telephone: 949.251.7500
9  Facsimile: 949.251.0900

10 Attorneys for Defendant
   TOSHIBA AMERICA INFORMATION SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SIMON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOSHIBA AMERICA, INC., a Delaware corporation, and TOSHIBA AMERICA INFORMATION SYSTEMS, INC., a California corporation,<br><br>Defendants. | Case No.  C07-06202 EMC<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT FOR DEFENDANT TOSHIBA AMERICA INFORMATION SYSTEMS, INC. ; ORDER**<br><br>Honorable Eduard M. Chen<br>Courtroom C |

1  WHEREAS, plaintiff Michael Simon and defendant Toshiba America Information Systems, Inc. ("TAIS") have discussed exploring the possibility of an early resolution of this matter and intend to continue those discussions over the next several weeks;

WHEREAS, plaintiff has dismissed, or will be dismissing, his Complaint against defendant Toshiba America, Inc.; and

WHEREAS, given and to facilitate the parties' settlement efforts, and pursuant to Local Rule 6-1(a), the parties agree that the time by which TAIS may plead or otherwise respond to the complaint shall be extended to and including March 17, 2008,

NOW, THEREFORE, IN LIGHT OF THE FOREGOING, IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, on the one hand, and TAIS, on the other hand, by and through their respective undersigned counsel, as follows:

1. The deadline for TAIS to file and serve its initial response to the First Amended Complaint shall be extended to and including March 17, 2008;

---

JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
C07-06202 EMC
oc-337558

1

1     2.     This Stipulation may be executed in counterparts, each of which shall be deemed an original, but both of which, when taken together, shall constitute one and the same instrument. Executed signature pages of this Stipulation transmitted by facsimile shall be accepted by the parties hereto and the Court as though they were original signature pages.

Dated: January 24, 2008

DEAN J. ZIPSER
ANNETTE P. CARNEGIE
ADINA L. WITZLING
MORRISON & FOERSTER LLP

By: /s/ Dean J. Zipser

Attorneys for defendant
Toshiba America Information Systems, Inc.

Dated: January 23, 2008

STUART C. TALLEY
KERSHAW, CUTTER & RATINOFF LLP

MARK J. TAMBLYN
WEXLER TORISEVA WALLACE LLP

By: /s/ Stuart C. Talley

Attorneys for plaintiff
Michael Simon

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]