1  ANNETTE P. CARNEGIE (CA SBN 118624)
   (ACarnegie@mofo.com)
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  DEAN J. ZIPSER (CA SBN 94680)
   (DZipser@mofo.com)
6  ADINA L. WITZLING (CA SBN 211719)
   (AWiztling@mofo.com)
7  MORRISON & FOERSTER LLP
   19900 MacArthur Blvd., 12th Floor
8  Irvine, California 92612-2445
   Telephone: 949.251.7500
9  Facsimile: 949.251.0900

10 Attorneys for Defendant
   TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15

| | |
|---|---|
| 16 MICHAEL SIMON, individually, and on behalf of all others similarly situated,<br>17<br>Plaintiffs,<br>18<br>v.<br>19<br>TOSHIBA AMERICA, INC., a Delaware<br>20 corporation, and TOSHIBA AMERICA INFORMATION SYSTEMS, INC., a California<br>21 corporation,<br>22 Defendants. | Case No.   C07-06202 EMC<br><br>**JOINT STIPULATION TO CONTINUE LITIGATION DEADLINES; [PROPOSED] ORDER THEREON**<br><br>Honorable Edward M. Chen<br>Courtroom C |

23
24
25
26
27
28

1  WHEREAS, plaintiff Michael Simon and defendant Toshiba America Information Systems, Inc. ("TAIS") are currently exploring the possibility of an early resolution of this matter;

WHEREAS, consistent with those efforts, the parties have conducted an in-person meeting and intend to continue those discussions over the next several weeks;

WHEREAS, the deadline for TAIS to file and serve its initial response to the First Amended Complaint is March 17, 2008;

WHEREAS, the Initial Case Management Conference is currently scheduled for March 12, 2008, at 1:30 p.m., in Courtroom C of the above-referenced Court;

WHEREAS, given and to facilitate the parties' settlement efforts, the parties desire to briefly stay the litigation activity in this case and further continue TAIS's deadline to respond to the Complaint for approximately forty-five (45) days;

WHEREAS, if the parties are able to make progress towards reaching an early resolution of this action, they may seek to further extend the litigation deadlines, subject to Court approval,

NOW, THEREFORE, IN LIGHT OF THE FOREGOING, IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, on the one hand, and TAIS, on the other hand, by and through their respective undersigned counsel, as follows:

1. The deadline for TAIS to file and serve its initial response to the First Amended Complaint shall be extended to and including May 1, 2008;

2. The date on which the Court will hold the Initial Case Management Conference shall be continued to May 7, 2008, at 1:30 p.m., subject to the Court's availability;

3. All other litigation deadlines will be continued accordingly pursuant to the Court's "Order Setting Initial Case Management Conference and ADR Deadlines," Federal Rule of Civil Procedure 26(f), and Local Rules 3-5, 16-8. 16-9. and 16-10;

4. This Stipulation may be executed in counterparts, each of which shall be deemed an original, but both of which, when taken together, shall constitute one and the same instrument.

1  Executed signature pages of this Stipulation transmitted by facsimile shall be accepted by the
2  parties hereto and the Court as though they were original signature pages.
3
4  Dated: February 8, 2008                    DEAN J. ZIPSER
                                              ANNETTE P. CARNEGIE
5                                             ADINA L. WITZLING
                                              MORRISON & FOERSTER LLP
6
7                                             By: /s/ Dean J. Zipser
                                                  Dean J. Zipser
8
                                              Attorneys for defendant
9                                             Toshiba America Information
                                              Systems, Inc.
10
11 Dated: February 18, 2008                   STUART C. TALLEY
                                              KERSHAW, CUTTER & RATINOFF LLP
12
13                                            MARK J. TAMBLYN
                                              WEXLER TORISEVA WALLACE LLP
14
                                              By: /s/ Stuart C. Talley
15                                                Stuart C. Talley
16                                            Attorneys for Plaintiff
                                              Michael Simon
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION TO CONTINUE LITIGATION DEADLINES
C07-01238 RMW                                                                                    2
oc-337951

**ORDER**

Based on the foregoing stipulation of the parties and good cause appearing therefor:

1. The deadline for TAIS to file and serve its initial response to the Complaint shall be extended to and including May 1, 2008;

2. The Scheduling Conference shall be continued to May 8, 2008, at 1:30 p.m. in Courtroom C; and

3. All other litigation deadlines will be continued accordingly pursuant to the Court's "Order Setting Initial Case Management Conference and ADR Deadlines," Federal Rule of Civil Procedure 26(f), and Local Rules 3-5, 16-8. 16-9. and 16-10;

IT IS SO ORDERED.

Dated: _____, 2008

By_____
Honorable Edward M. Chen