1  ANNETTE P. CARNEGIE (CA SBN 118624)
   (ACarnegie@mofo.com)
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  DEAN J. ZIPSER (CA SBN 94680)
   (DZipser@mofo.com)
6  ADINA L. WITZLING (CA SBN 211719)
   (AWiztling@mofo.com)
7  MORRISON & FOERSTER LLP
   19900 MacArthur Blvd., 12th Floor
8  Irvine, California 92612-2445
   Telephone: 949.251.7500
9  Facsimile: 949.251.0900

10 Attorneys for Defendant
   TOSHIBA AMERICA INFORMATION SYSTEMS,
11 INC.

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                       SAN FRANCISCO DIVISION
15

16
17 | MICHAEL SIMON, individually, and on behalf of all others similarly situated, | Case No. C07-06202 EMC
18 | Plaintiffs, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**
19 | v. |
20 | TOSHIBA AMERICA, INC., a Delaware corporation, and TOSHIBA AMERICA INFORMATION SYSTEMS, INC., a California corporation, |
21 | |
22 | | Honorable Edward M. Chen
   | Defendants. | Courtroom C
23

24
25
26
27
28

1 | The undersigned parties in the above-captioned civil matter hereby decline to
2 | consent to the assignment of this case to a United States Magistrate Judge for trial
3 | and disposition and hereby request the reassignment of this case to a United States
4 | District Judge.

5 | Dated: February 19, 2008

DEAN J. ZIPSER
ANNETTE P. CARNEGIE
ADINA L. WITZLING
MORRISON & FOERSTER LLP

By: _____
    Dean J. Zipser

Attorneys for defendant
Toshiba America Information
Systems, Inc.

12 | Dated: February 19, 2008

STUART C. TALLEY
KERSHAW, CUTTER & RATINOFF LLP

MARK J. TAMBLYN
WEXLER TORISEVA WALLACE LLP

By: _____
    Stuart C. Talley

Attorneys for Plaintiff
Michael Simon