ANNETTE P. CARNEGIE (CA SBN 118624)
(ACarnegie@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

DEAN J. ZIPSER (CA SBN 94680)
(DZipser@mofo.com)
ADINA L. WITZLING (CA SBN 211719)
(AWiztling@mofo.com)
MORRISON & FOERSTER LLP
19900 MacArthur Blvd., 12th Floor
Irvine, California 92612-2445
Telephone: 949.251.7500
Facsimile: 949.251.0900

Attorneys for Defendant
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SIMON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOSHIBA AMERICA, INC., a Delaware corporation, and TOSHIBA AMERICA INFORMATION SYSTEMS, INC., a California corporation,<br><br>Defendants. | Case No. C07-06202 MHP<br><br>**JOINT STIPULATION TO CONTINUE LITIGATION DEADLINES; [PROPOSED] ORDER THEREON**<br><br>Honorable Marilyn H. Patel<br>Courtroom 15 |

JOINT STIPULATION TO CONTINUE LITIGATION DEADLINES
C07-06202 EMC
oc-338451

1      WHEREAS, plaintiff Michael Simon and defendant Toshiba America
2 Information Systems, Inc. ("TAIS") are currently exploring the possibility of an
3 early resolution of this matter;
4      WHEREAS, consistent with those efforts, the parties have conducted an in-
5 person meeting and intend to continue those discussions over the next several
6 weeks;
7      WHEREAS, pursuant to Local Rule 6-1(a), the parties previously agreed that
8 the deadline for TAIS to file and serve its initial response to the First Amended
9 Complaint is March 17, 2008;
10     WHEREAS, given and to facilitate the parties' settlement efforts, the
11 parties desire to briefly stay the litigation activity in this case and further
12 continue TAIS's deadline to respond to the Complaint for approximately forty-
13 five (45) days;
14     WHEREAS, if the parties are able to make progress towards reaching an
15 early resolution of this action, they may seek to further extend the litigation
16 deadlines, subject to Court approval,
17     NOW, THEREFORE, IN LIGHT OF THE FOREGOING, IT IS HEREBY
18 STIPULATED AND AGREED by and between plaintiff, on the one hand, and
19 TAIS, on the other hand, by and through their respective undersigned counsel, as
20 follows:
21     1.    The deadline for TAIS to file and serve its initial response to the First
22 Amended Complaint shall be extended to and including May 1, 2008;
23     2.    The date on which the Court will hold the Initial Case Management
24 Conference shall be continued to a date thereafter subject to the Court's
25 availability;
26     3.    This Stipulation may be executed in counterparts, each of which shall
27 be deemed an original, but both of which, when taken together, shall constitute one
28 and the same instrument. Executed signature pages of this Stipulation transmitted

1

JOINT STIPULATION TO CONTINUE LITIGATION DEADLINES
C07-06202 EMC
oc-338451

1    by facsimile shall be accepted by the parties hereto and the Court as though they
2    were original signature pages.

4    Dated: March 6, 2008           DEAN J. ZIPSER
                                        ANNETTE P. CARNEGIE
5                                        ADINA L. WITZLING
                                         MORRISON & FOERSTER LLP

7                                          By: _____
                                                Dean J. Zipser

9                                          Attorneys for defendant
                                         Toshiba America Information
10                                         Systems, Inc.

11    Dated: March 5, 2008           STUART C. TALLEY
                                         KERSHAW, CUTTER & RATINOFF LLP
12

13                                          MARK J. TAMBLYN
                                         WEXLER TORISEVA WALLACE LLP

15                                          By: _____
                                                Stuart C. Talley

16                                          Attorneys for Plaintiff
                                         Michael Simon

## **ORDER**

Based on the foregoing stipulation of the parties and good cause appearing therefor:

1. The deadline for TAIS to file and serve its initial response to the Complaint shall be extended to and including May 1, 2008;

2. The Initial Case Management Conference shall be continued to a date thereafter convenient to the Court.

IT IS SO ORDERED.

Dated: _____, 2008

                             By_____
                                      Honorable Marilyn H. Patel