1  ANNETTE P. CARNEGIE (CA SBN 118624)
   (ACarnegie@mofo.com)
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  DEAN J. ZIPSER (CA SBN 94680)
   (DZipser@mofo.com)
6  ADINA L. WITZLING (CA SBN 211719)
   (AWiztling@mofo.com)
7  MORRISON & FOERSTER LLP
   19900 MacArthur Blvd., 12th Floor
8  Irvine, California 92612-2445
   Telephone: 949.251.7500
9  Facsimile: 949.251.0900

10 Attorneys for Defendant
   TOSHIBA AMERICA INFORMATION SYSTEMS,
11 INC.

12                    UNITED STATES DISTRICT COURT
13                    NORTHERN DISTRICT OF CALIFORNIA
14                    SAN FRANCISCO DIVISION
15

16 MICHAEL SIMON, individually, and on      Case No. C07-06202 MHP
17 behalf of all others similarly situated,
                                            **JOINT STIPULATION TO
18           Plaintiffs,                    CONTINUE LITIGATION
                                            DEADLINES; [PROPOSED]
19     v.                                   ORDER THEREON**

20 TOSHIBA AMERICA, INC., a Delaware        Honorable Marilyn H. Patel
   corporation, and TOSHIBA AMERICA         Courtroom 15
21 INFORMATION SYSTEMS, INC., a
   California corporation,
22
             Defendants.
23

24
25
26
27
28

JOINT STIPULATION TO CONTINUE LITIGATION DEADLINES
C07-06202 EMC
oc-338451

1    WHEREAS, plaintiff Michael Simon and defendant Toshiba America
2 Information Systems, Inc. ("TAIS") are currently exploring the possibility of an
3 early resolution of this matter;
4    WHEREAS, consistent with those efforts, the parties have conducted an in-
5 person meeting and intend to continue those discussions over the next several
6 weeks;
7    WHEREAS, pursuant to Local Rule 6-1(a), the parties previously agreed that
8 the deadline for TAIS to file and serve its initial response to the First Amended
9 Complaint is March 17, 2008;
10   WHEREAS, given and to facilitate the parties' settlement efforts, the
11 parties desire to briefly stay the litigation activity in this case and further
12 continue TAIS's deadline to respond to the Complaint for approximately forty-
13 five (45) days;
14   WHEREAS, if the parties are able to make progress towards reaching an
15 early resolution of this action, they may seek to further extend the litigation
16 deadlines, subject to Court approval,
17   NOW, THEREFORE, IN LIGHT OF THE FOREGOING, IT IS HEREBY
18 STIPULATED AND AGREED by and between plaintiff, on the one hand, and
19 TAIS, on the other hand, by and through their respective undersigned counsel, as
20 follows:
21   1.   The deadline for TAIS to file and serve its initial response to the First
22 Amended Complaint shall be extended to and including May 1, 2008;
23   2.   The date on which the Court will hold the Initial Case Management
24 Conference shall be continued to a date thereafter subject to the Court's
25 availability;
26   3.   This Stipulation may be executed in counterparts, each of which shall
27 be deemed an original, but both of which, when taken together, shall constitute one
28 and the same instrument. Executed signature pages of this Stipulation transmitted

1

JOINT STIPULATION TO CONTINUE LITIGATION DEADLINES
C07-06202 EMC
oc-338451

1  by facsimile shall be accepted by the parties hereto and the Court as though they
2  were original signature pages.
3
4  Dated: March 6, 2008                DEAN J. ZIPSER
                                        ANNETTE P. CARNEGIE
5                                       ADINA L. WITZLING
                                        MORRISON & FOERSTER LLP
6
7                                       By: /s/ Dean J. Zipser
8                                           Dean J. Zipser

                                        Attorneys for defendant
9                                       Toshiba America Information
                                        Systems, Inc.
10

11  Dated: March 5, 2008                STUART C. TALLEY
                                        KERSHAW, CUTTER & RATINOFF LLP
12
                                        MARK J. TAMBLYN
13                                      WEXLER TORISEVA WALLACE LLP
14
                                        By: /s/ Stuart C. Talley
15                                          Stuart C. Talley
16                                      Attorneys for Plaintiff
                                        Michael Simon
17



2
JOINT STIPULATION TO CONTINUE LITIGATION DEADLINES
C07-01238 RMW
oc-338451

## ORDER

Based on the foregoing stipulation of the parties and good cause appearing therefor:

1. The deadline for TAIS to file and serve its initial response to the Complaint shall be extended to and including May 1, 2008;

2. The Initial Case Management Conference shall be continued to a date thereafter convenient to the Court. **JUNE 2, 2008 AT 4:00 P.M., with a joint case management statement due one week prior to the conference.**

IT IS SO ORDERED.

Dated: 3/7_____, 2008

By_____
Honorable



*IT IS SO ORDERED — Judge Marilyn H. Patel — United States District Court, Northern District of California*