1   DEAN J. ZIPSER (CA SBN 94680)
    (DZipser@mofo.com)
2   ADINA L. WITZLING (CA SBN 211719)
    (AWiztling@mofo.com)
3   MORRISON & FOERSTER LLP
    19900 MacArthur Blvd., 12th Floor
4   Irvine, California 92612-2445
    Telephone: 949.251.7500
5   Facsimile: 949.251.0900

6   Attorneys for Defendant
    TOSHIBA AMERICA INFORMATION SYSTEMS,
7   INC.

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12
    MICHAEL SIMON, individually, and on       Case No. C07-06202 MHP
13  behalf of all others similarly situated,
                                               JOINT STIPULATION TO
14                  Plaintiffs,                CONTINUE LITIGATION
                                               DEADLINES; [PROPOSED]
15          v.                                 ORDER THEREON

16  TOSHIBA AMERICA, INC., a Delaware          Honorable Marilyn H. Patel
    corporation, and TOSHIBA AMERICA           Courtroom 15
17  INFORMATION SYSTEMS, INC., a
    California corporation,
18
                    Defendants.
19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO CONTINUE LITIGATION DEADLINES
C07-06202 EMC
oc-340590

1    WHEREAS, plaintiff Michael Simon and defendant Toshiba America
2    Information Systems, Inc. ("TAIS") are continuing to explore the possibility of an
3    early resolution of this matter;
4    WHEREAS, consistent with those efforts, the parties have conducted an in-
5    person meeting and have continued those discussions and informally exchanged
6    information;
7    WHEREAS, the parties intend to continue those efforts over the next several
8    weeks, and in that spirit, have scheduled another in-person meeting for May 6;
9    WHEREAS, pursuant to Local Rule 6-1(a), the parties previously agreed that
10    the deadline for TAIS to file and serve its initial response to the First Amended
11    Complaint would be May 1, 2008;
12    WHEREAS, given and to facilitate the parties' ongoing settlement
13    efforts, the parties desire to briefly stay the litigation activity in this case and
14    further continue TAIS's deadline to respond to the Complaint for approximately
15    three weeks;
16    WHEREAS, if the parties are able to make progress towards reaching an
17    early resolution of this action, they may seek to further extend the litigation
18    deadlines, subject to Court approval,
19    NOW, THEREFORE, IN LIGHT OF THE FOREGOING, IT IS HEREBY
20    STIPULATED AND AGREED by and between plaintiff, on the one hand, and
21    TAIS, on the other hand, by and through their respective undersigned counsel, as
22    follows:
23    1.    The deadline for TAIS to file and serve its initial response to the First
24    Amended Complaint shall be extended to and including May 22, 2008;
25    2.    The Initial Case Management Conference, scheduled for June 2, 2008,
26    at 4:00 p.m., shall also be continued approximately three weeks, subject to the
27    Court's availability;
28

1

1      3.    This Stipulation may be executed in counterparts, each of which shall

2  be deemed an original, but both of which, when taken together, shall constitute one

3  and the same instrument.  Executed signature pages of this Stipulation transmitted

4  by facsimile shall be accepted by the parties hereto and the Court as though they

5  were original signature pages.

6

7  Dated: April 30, 2008

                                    DEAN J. ZIPSER

8                                  ANNETTE P. CARNEGIE

9                                  ADINA L. WITZLING
                                  MORRISON & FOERSTER LLP

10                                  By:

11                                  Dean J. Zipser

12                                  Attorneys for defendant
                                  Toshiba America Information

13                                  Systems, Inc.

14  Dated:  April 30, 2008

                                  STUART C. TALLEY

15                                  KERSHAW, CUTTER & RATINOFF LLP

16                                  MARK J. TAMBLYN
                                  WEXLER TORISEVA WALLACE LLP

17

18                                  By:
                                  Stuart C. Talley

19

20                                  Attorneys for Plaintiff
                                  Michael Simon

21

22

23

24

25

26

27

28

JOINT STIPULATION TO CONTINUE LITIGATION DEADLINES
C07-01238 RMW
oc-340590

1

## <u>ORDER</u>

2

3     Based on the foregoing stipulation of the parties and good cause appearing

4     therefor:

5         1.  The deadline for TAIS to file and serve its initial response to the

6     Complaint shall be extended to and including May 22, 2008;

7         2.  The Initial Case Management Conference shall be continued to

8     _____.

9

10    IT IS SO ORDERED.

11

12    Dated: _____, 2008

13                                        By_____

14                                            Honorable Marilyn H. Patel

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3