1  DEAN J. ZIPSER (CA SBN 94680)
   (DZipser@mofo.com)
2  ADINA L. WITZLING (CA SBN 211719)
   (AWiztling@mofo.com)
3  MORRISON & FOERSTER LLP
   19900 MacArthur Blvd., 12th Floor
4  Irvine, California 92612-2445
   Telephone: 949.251.7500
5  Facsimile: 949.251.0900

6  Attorneys for Defendant
   TOSHIBA AMERICA INFORMATION SYSTEMS,
7  INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SIMON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOSHIBA AMERICA, INC., a Delaware corporation, and TOSHIBA AMERICA INFORMATION SYSTEMS, INC., a California corporation,<br><br>Defendants. | Case No. C07-06202 MHP<br><br>**JOINT STIPULATION TO CONTINUE LITIGATION DEADLINES;** [PROPOSED] **ORDER THEREON**<br><br>Honorable Marilyn H. Patel<br>Courtroom 15 |

WHEREAS, plaintiff Michael Simon and defendant Toshiba America Information Systems, Inc. ("TAIS") are continuing to explore the possibility of an early resolution of this matter;

WHEREAS, consistent with those efforts, the parties have conducted an in-person meeting and have continued those discussions and informally exchanged information;

WHEREAS, the parties intend to continue those efforts over the next several weeks, and in that spirit, have scheduled another in-person meeting for May 6;

WHEREAS, pursuant to Local Rule 6-1(a), the parties previously agreed that the deadline for TAIS to file and serve its initial response to the First Amended Complaint would be May 1, 2008;

WHEREAS, given and to facilitate the parties' ongoing settlement efforts, the parties desire to briefly stay the litigation activity in this case and further continue TAIS's deadline to respond to the Complaint for approximately three weeks;

WHEREAS, if the parties are able to make progress towards reaching an early resolution of this action, they may seek to further extend the litigation deadlines, subject to Court approval,

NOW, THEREFORE, IN LIGHT OF THE FOREGOING, IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, on the one hand, and TAIS, on the other hand, by and through their respective undersigned counsel, as follows:

1.  The deadline for TAIS to file and serve its initial response to the First Amended Complaint shall be extended to and including May 22, 2008;

2.  The Initial Case Management Conference, scheduled for June 2, 2008, at 4:00 p.m., shall also be continued approximately three weeks, subject to the Court's availability;

1  3.  This Stipulation may be executed in counterparts, each of which shall
2  be deemed an original, but both of which, when taken together, shall constitute one
3  and the same instrument. Executed signature pages of this Stipulation transmitted
4  by facsimile shall be accepted by the parties hereto and the Court as though they
5  were original signature pages.

6

7  Dated: April 30, 2008        DEAN J. ZIPSER
                                ANNETTE P. CARNEGIE
8                               ADINA L. WITZLING
                                MORRISON & FOERSTER LLP
9

10                              By: /s/ Dean J. Zipser
11                              Dean J. Zipser

                                Attorneys for defendant
12                              Toshiba America Information
                                Systems, Inc.
13

14  Dated: April 30, 2008        STUART C. TALLEY
                                KERSHAW, CUTTER & RATINOFF LLP
15

16                              MARK J. TAMBLYN
                                WEXLER TORISEVA WALLACE LLP
17

18                              By: /s/ Stuart C. Talley
                                Stuart C. Talley
19
                                Attorneys for Plaintiff
20                              Michael Simon

21
22
23
24
25
26
27
28

2
JOINT STIPULATION TO CONTINUE LITIGATION DEADLINES
C07-01238 RMW
oc-340590

## ORDER

Based on the foregoing stipulation of the parties and good cause appearing therefor:

1. The deadline for TAIS to file and serve its initial response to the Complaint shall be extended to and including May 22, 2008;

2. The Initial Case Management Conference shall be continued to July 7, 2008 at 4:00 p.m., with a joint CMC statement due one week prior.

IT IS SO ORDERED.

Dated: 4/30, 2008

By: _____
IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA