1  DEAN J. ZIPSER (CA SBN 94680)
   DZipser@manatt.com
2  ADINA L. WITZLING (CA SBN 211719)
   MANATT, PHELPS & PHILLIPS, LLP
3  695 Town Center Drive, Suite 1200
   Costa Mesa, California 92626
4  Telephone: 714-371-2500
   Facsimile: 714-371-2550
5

6
   Attorneys for Plaintiff
7  TOSHIBA AMERICA INFORMATION SYSTEMS, INC.

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12 | MICHAEL SIMON, individually, and on behalf | Case No.   C07-06202
   | of all others similarly situated,
13 |                                              | CLASS ACTION
   |         Plaintiff,
14 |                                              | **NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER PURSUANT TO LOCAL RULE 11-5**
15 |    v.
16 |
   | TOSHIBA AMERICA, INC., a Delaware
17 | corporation, and TOSHIBA AMERICA
   | INFORMATION SYSTEMS, INC., a California
18 | corporation,
19 |         Defendants.
20

21

22

23

24

25

26

27

28

NOTICE OF SUBSTITUTION OF COUNSEL & [PROP.] ORDER
CASE NO. C07-06202
oc-340650

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: Please take notice that,
2  effective immediately, counsel of record for defendant Toshiba America Information Systems,
3  Inc., has changed. Toshiba America Information Systems, Inc., hereby substitutes Manatt, Phelps
4  and Phillips, LLP (Dean J. Zipser and Adina L. Witzling), located at 695 Town Center Drive,
5  14th Floor, Costa Mesa, California 92626, telephone: (714)371-2500, fax (714) 371-2550, as the
6  sole attorneys of record for Toshiba America Information Systems, Inc. in this litigation.
7   Effective immediately, Morrison & Foerster LLP will no longer be representing Toshiba
8  America Information Systems, Inc. in this matter.

Dated: May    , 2008               TOSHIBA AMERICA INFORMATION
                                    SYSTEMS, INC.


                                    By: _____
                                         Donald S. Gray



The following attorneys accept this substitution of counsel.

Dated: May 5, 2008                  MORRISON & FOERSTER LLP


                                    By: _____
                                         Michael I. Katz



Dated: May 6, 2008                  MANATT, PHELPS & PHILLIPS, LLP


                                    By: _____
                                         Adina L. Witzling

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: Please take notice that,
2  effective immediately, counsel of record for defendant Toshiba America Information Systems,
3  Inc., has changed. Toshiba America Information Systems, Inc., hereby substitutes Manatt, Phelps
4  and Phillips, LLP (Dean J. Zipser and Adina L. Witzling), located at 695 Town Center Drive,
5  14th Floor, Costa Mesa, California 92626, telephone: (714)371-2500, fax (714) 371-2550, as the
6  sole attorneys of record for Toshiba America Information Systems, Inc. in this litigation.
7  Effective immediately, Morrison & Foerster LLP will no longer be representing Toshiba
8  America Information Systems, Inc. in this matter.

Dated: May   , 2008

TOSHIBA AMERICA INFORMATION
SYSTEMS, INC.

By: _____
Donald S. Gray

The following attorneys accept this substitution of counsel.

Dated: May 5, 2008

MORRISON & FOERSTER LLP

By: _____
Michael I. Katz

Dated: May   , 2008

MANATT, PHELPS & PHILLIPS, LLP

By: _____
Adina L. Witzling

NOTICE OF SUBSTITUTION OF COUNSEL & [PROP.] ORDER
CASE NO. C07-06202
oc-340650

1  E-filing attestation: I, Dean Zipser, am the ECF User whose ID and password are being
2  used to file this Withdrawal of Counsel and [Proposed] Order Pursuant to Local Rule 11-5. In
3  compliance with General Order 45, X.B., I hereby attest that Plaintiff, Toshiba America
4  Information Systems, Inc., has concurred in this filing.

Dated: May 7, 2008                                 MANATT, PHELPS & PHILLIPS, LLP

                                                   By: /s/ Dean Zipser
                                                       Dean Zipser

## [PROPOSED] ORDER

The foregoing substitution of counsel is authorized by the Court and the clerk of the Court is directed to make the appropriate change in the docket.

**IT IS SO ORDERED.**

Dated May ___, 2008
                                                   _____
                                                   Hon. Marilyn H. Patel
                                                   United States District Court

NOTICE OF SUBSTITUTION OF COUNSEL & [PROP.] ORDER
CASE NO. C07-06202
oc-340650