| | |
|---|---|
| 1 | DEAN J. ZIPSER (CA SBN 94680) |
|   | DZipser@manatt.com |
| 2 | ADINA L. WITZLING (CA SBN 211719) |
|   | MANATT, PHELPS & PHILLIPS, LLP |
| 3 | 695 Town Center Drive, Suite 1200 |
|   | Costa Mesa, California 92626 |
| 4 | Telephone: 714-371-2500 |
|   | Facsimile: 714-371-2550 |
| 5 | |
| 6 | |
| 7 | Attorneys for Plaintiff |
|   | TOSHIBA AMERICA INFORMATION SYSTEMS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SIMON, individually, and on behalf of all others similarly situated, | Case No. C07-06202 |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | **NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER PURSUANT TO LOCAL RULE 11-5** |
| TOSHIBA AMERICA, INC., a Delaware corporation, and TOSHIBA AMERICA INFORMATION SYSTEMS, INC., a California corporation, | |
| Defendants. | |

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: Please take notice that, |
| 2 | effective immediately, counsel of record for defendant Toshiba America Information Systems, |
| 3 | Inc., has changed. Toshiba America Information Systems, Inc., hereby substitutes Manatt, Phelps |
| 4 | and Phillips, LLP (Dean J. Zipser and Adina L. Witzling), located at 695 Town Center Drive, |
| 5 | 14th Floor, Costa Mesa, California 92626, telephone: (714)371-2500, fax (714) 371-2550, as the |
| 6 | sole attorneys of record for Toshiba America Information Systems, Inc. in this litigation. |
| 7 | Effective immediately, Morrison & Foerster LLP will no longer be representing Toshiba |
| 8 | America Information Systems, Inc. in this matter. |

Dated: May   , 2008                TOSHIBA AMERICA INFORMATION
                                   SYSTEMS, INC.


                                   By: _____
                                       Donald S. Gray


The following attorneys accept this substitution of counsel.

Dated: May 5, 2008                 MORRISON & FOERSTER LLP


                                   By: _____
                                       Michael I. Katz


Dated: May 6, 2008                 MANATT, PHELPS & PHILLIPS, LLP


                                   By: _____
                                       Adina L. Witzling

NOTICE OF SUBSTITUTION OF COUNSEL & [PROP.] ORDER
CASE NO. C07-06202
oc-340650

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: Please take notice that,
2  effective immediately, counsel of record for defendant Toshiba America Information Systems,
3  Inc., has changed. Toshiba America Information Systems, Inc., hereby substitutes Manatt, Phelps
4  and Phillips, LLP (Dean J. Zipser and Adina L. Witzling), located at 695 Town Center Drive,
5  14th Floor, Costa Mesa, California 92626, telephone: (714)371-2500, fax (714) 371-2550, as the
6  sole attorneys of record for Toshiba America Information Systems, Inc. in this litigation.
7  Effective immediately, Morrison & Foerster LLP will no longer be representing Toshiba
8  America Information Systems, Inc. in this matter.

Dated: May  , 2008

TOSHIBA AMERICA INFORMATION
SYSTEMS, INC.

By: _____
Donald S. Gray

The following attorneys accept this substitution of counsel.

Dated: May 5, 2008

MORRISON & FOERSTER LLP

By: _____
Michael I. Katz

Dated: May  , 2008

MANATT, PHELPS & PHILLIPS, LLP

By: _____
Adina L. Witzling

NOTICE OF SUBSTITUTION OF COUNSEL & [PROP.] ORDER
CASE NO. C07-06202
oc-340650

1  E-filing attestation: I, Dean Zipser, am the ECF User whose ID and password are being
2  used to file this Withdrawal of Counsel and [Proposed] Order Pursuant to Local Rule 11-5. In
3  compliance with General Order 45, X.B., I hereby attest that Plaintiff, Toshiba America
4  Information Systems, Inc., has concurred in this filing.

Dated: May 7, 2008                          MANATT, PHELPS & PHILLIPS, LLP

                                            By: /s/ Dean Zipser
                                                Dean Zipser

### [PROPOSED] ORDER

The foregoing substitution of counsel is authorized by the Court and the clerk of the Court is directed to make the appropriate change in the docket.

**IT IS SO ORDERED.**

Dated May 12, 2008

IT IS SO ORDERED
Judge Marilyn H. Patel

NOTICE OF SUBSTITUTION OF COUNSEL & [PROP.] ORDER
CASE NO. C07-06202
oc-340650