| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| | DEAN J. ZIPSER (CA SBN 95680) |
| 2 | E-mail: DZipser@manatt.com |
| | ADINA L. WITZLING (CA SBN 211719) |
| 3 | E-mail: AWitzling@manatt.com |
| | 695 Town Center Drive, 14th Floor |
| 4 | Costa Mesa, CA 92626-1924 |
| | Telephone: (714) 371-2500 |
| 5 | Facsimile: (714) 371-2550 |
| 6 | Attorneys for Defendant |
| | TOSHIBA AMERICA INFORMATION SYSTEMS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SIMON, individually, and on behalf of all others similarly situated, | Case No. C07-06202 MHP |
| Plaintiffs, | JOINT STIPULATION TO CONTINUE LITIGATION DEADLINES; [PROPOSED] ORDER THEREON |
| vs. | Honorable Marilyn H. Patel |
| TOSHIBA AMERICA, INC., a Delaware corporation, and TOSHIBA AMERICA INFORMATION SYSTEMS, INC., a California corporation, | Courtroom 15 |
| Defendants. | |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
COSTA MESA

70057902.2

JOINT STIPULATION TO CONTINUE LITIGATION
DEADLINES; [PROPOSED] ORDER THEREON

1   WHEREAS, plaintiff Michael Simon and defendant Toshiba America Information Systems, Inc. ("TAIS") are continuing to explore the possibility of an early resolution of this matter;

WHEREAS, consistent with those efforts, the parties have had numerous discussions, informally exchanged information, and recently conducted a second in-person meeting;

WHEREAS, the parties intend to continue these efforts over the next few weeks;

WHEREAS, given and to facilitate the parties' ongoing settlement efforts, and to avoid the time and expenses associated with full-blown litigation that may become unnecessary, the parties desire to continue to stay the litigation activity in this case and further continue TAIS's deadline to respond to the Complaint for 35 days;

WHEREAS, during this period of time the parties expect to be able to determine whether or not an early resolution is possible;

WHEREAS, if the parties are able to make significant progress towards reaching an early resolution of this action, and determine that an early resolution is achievable, they may seek to further extend the litigation deadlines, subject to Court approval,

NOW, THEREFORE, IN LIGHT OF THE FOREGOING, IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, on the one hand, and TAIS on the other hand, by and through their respective undersigned counsel, as follows:

1. The deadline for TAIS to file and serve its initial response to the First Amended Complaint shall be extended to and including June 26, 2008;

2. The Initial case Management Conference shall also be continued approximately 35 days from its currently scheduled date of July 7, 2008, subject to the Court's availability;

3. This Stipulation may be executed in counterparts, each of which shall be deemed an original, but both of which, when taken together, shall constitute one and the same instrument. Executed signature pages of this Stipulation transmitted by facsimile shall be accepted by the parties hereto and the Court as though they were original signature pages.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
COSTA MESA

70057902.2

2   JOINT STIPULATION TO CONTINUE LITIGATION DEADLINES; [PROPOSED] ORDER THEREON

Dated: May 21, 2008

DEAN J. ZIPSER
ADINA L. WITZLING
MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Dean Zipser
Dean Zipser
*Attorneys for Defendant*
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.

Dated: May 21, 2008

STUART C. TALLEY
KERSHAW, CUTTER & RATINOFF LLP

MARK J. TAMBLYN
WESLER TORISEVA WALLACE LLP

By: /s/ Stuart C. Talley
Stuart C. Talley
*Attorneys for Plaintiff* MICHAEL SIMON

## ORDER

Based on the foregoing stipulation of the parties and good cause appearing therefor:

1. The deadline for TAIS to file and serve its initial response to the First Amended Complaint shall be extended to and including June 26, 2008;

2. The Initial case Management Conference shall be continued to _____.

IT IS SO ORDERED:

Dated: _____, 2008

By _____
Honorable Marilyn H. Patel