1   MANATT, PHELPS & PHILLIPS, LLP
    DEAN J. ZIPSER (CA SBN 95680)
2   E-mail: DZipser@manatt.com
    ADINA L. WITZLING (CA SBN 211719)
3   E-mail: AWitzling@manatt.com
    695 Town Center Drive, 14th Floor
4   Costa Mesa, CA 92626-1924
    Telephone: (714) 371-2500
5   Facsimile: (714) 371-2550

6   Attorneys for Defendant
    TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  MICHAEL SIMON, individually, and on       Case No. C07-06202 MHP
    behalf of all others similarly situated,
13                                            **JOINT STATUS CONFERENCE
                Plaintiffs,                    STATEMENT**
14
         vs.                                  Honorable Marilyn H. Patel
15                                            Courtroom 15
    TOSHIBA AMERICA, INC., a Delaware
16  corporation, and TOSHIBA AMERICA
    INFORMATION SYSTEMS, INC., a
17  California corporation,

18              Defendants.

19

20

21

22

23

24

25

26

27

28
                                              JOINT STATUS CONFERENCE STATEMENT

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
COSTA MESA

1    Plaintiff Michael Simon and defendant Toshiba America Information Systems, Inc.

2  ("TAIS"), (collectively, the "Parties"), submit this Joint Status Conference Statement in advance

3  of the July 7, 2008, conference with the Court to provide an update as to the case status.

4    Plaintiff's complaint asserts causes of action for: (1) violation of the Consumer Legal

5  Remedies Act; (2) violation of section 17200 of the California Business and Professions Code;

6  (3) violation of section 17500 of the California Business and Professions Code; (4) violation of

7  express warranty; and (5) unjust enrichment.  All of the causes of action are based on the general

8  allegation that TAIS designed, manufactured, and sold defective consumer computer notebooks,

9  specifically the Satellite model line, that were advertised as having the capacity to upgrade their

10  Random Access Memory (RAM) to four gigabytes when, in fact, the maximum amount of RAM

11  upgrade capacity is substantially less.  Plaintiff seeks declaratory and equitable relief,

12  compensatory and/or restitutionary damages, actual damages, pre judgment interest, attorneys'

13  fees, and costs.

14    Since the filing of the complaint, plaintiff has dismissed Toshiba America, Inc. as a

15  defendant.

16    TAIS disputes plaintiff's claims.

17    As set forth in the Parties' prior Stipulations filed with the Court, at the outset of this

18  action, the Parties began discussing the possibility of an early resolution of this matter.  The

19  Parties have since had numerous conferences, including two in-person meetings, and have

20  informally exchanged information.  As a result of those efforts, the Parties have exchanged

21  settlement proposals and are currently engaged in negotiations over a settlement framework.  The

22  Parties are hopeful that by the time of the July 7 status conference, they will have finalized a

23  memorandum of understanding.  Assuming the Parties are able to do so, they may seek to further

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
COSTA MESA

2

JOINT STATUS CONFERENCE STATEMENT

70061582.2

1   extend the litigation deadlines, subject to Court approval to avoid the time and costs associated

2   with full-blown litigation.

3   Dated:   June __30__, 2008         DEAN J. ZIPSER
                                       ADINA L. WITZLING
4                                      MANATT, PHELPS & PHILLIPS, LLP

5

6                                      By: _____
7                                          Dean J. Zipser
                                           *Attorneys for Defendant*
8                                      TOSHIBA AMERICA INFORMATION
                                       SYSTEMS, INC.

9   Dated:   June _____, 2008         STUART C. TALLEY
                                       KERSHAW, CUTTER & RATINOFF LLP
10

11                                     MARK J. TAMBLYN
                                       WESLER TORISEVA WALLACE LLP

12

13                                     By: _____
                                           Stuart C. Talley
14                                         *Attorneys for Plaintiff* MICHAEL SIMON

15   70061633.1

16

17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
COSTA MESA

3

JOINT STATUS CONFERENCE STATEMENT

70061582.2

1   extend the litigation deadlines, subject to Court approval to avoid the time and costs associated

2   with full-blown litigation.

3   Dated:    June _____, 2008          DEAN J. ZIPSER
                                        ADINA L. WITZLING
4                                       MANATT, PHELPS & PHILLIPS, LLP

5

6                                       By: _____

7                                           Dean J. Zipser
                                            *Attorneys for Defendant*
8                                           TOSHIBA AMERICA INFORMATION
                                            SYSTEMS, INC.

9   Dated:    June 30, 2008            STUART C. TALLEY
                                        KERSHAW, CUTTER & RATINOFF LLP
10
                                        MARK J. TAMBLYN
11                                      WESLER TORISEVA WALLACE LLP

12
                                        By: _____
13                                          Stuart C. Talley
                                            *Attorneys for Plaintiff* MICHAEL SIMON
14

15   70061633.1

16

17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
COSTA MESA

3

JOINT STATUS CONFERENCE STATEMENT

70061582.2