```
 1  MANATT, PHELPS & PHILLIPS, LLP
    DEAN J. ZIPSER (CA SBN 95680)
 2  E-mail: DZipser@manatt.com
    ADINA L. WITZLING (CA SBN 211719)
 3  E-mail: AWitzling@manatt.com
    695 Town Center Drive, 14th Floor
 4  Costa Mesa, CA 92626-1924
    Telephone: (714) 371-2500
 5  Facsimile: (714) 371-2550

 6  Attorneys for Defendant
    TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SIMON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TOSHIBA AMERICA, INC., a Delaware corporation, and TOSHIBA AMERICA INFORMATION SYSTEMS, INC., a California corporation,<br><br>Defendants. | Case No. C07-06202 MHP<br><br>**JOINT STIPULATION TO CONTINUE LITIGATION DEADLINES;** [PROPOSED] **ORDER THEREON**<br><br>Honorable Marilyn H. Patel<br>Courtroom 15 |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
COSTA MESA

1  WHEREAS, plaintiff Michael Simon and defendant Toshiba America Information Systems, Inc. ("TAIS") are continuing to explore the possibility of an early resolution of this matter;

WHEREAS, consistent with those efforts, the parties have had numerous discussions, informally exchanged information, and conducted two in-person meetings;

WHEREAS, as a result of those efforts, the parties have recently exchanged settlement proposals and are currently engaged in settlement negotiations;

WHEREAS, the parties have made significant progress toward a settlement-in-principle in recent weeks;

WHEREAS, given and to facilitate the parties' ongoing settlement efforts, and to avoid the time and expenses associated with full-blown litigation that may become unnecessary, the parties desire to continue to stay the litigation activity in this case and further continue TAIS's deadline to respond to the Complaint and the Rule 26 Joint Report for two weeks;

WHEREAS, if the parties are able to reach an early resolution of this action, they may seek to further extend the litigation deadlines, subject to Court approval;

WHEREAS, the parties will prepare and file a Joint Status Conference Statement with the Court no later than June 30, 2008, and report the settlement progress to the Court at the currently scheduled Case Management Conference on July 7, 2008, at 3:00 p.m.;

NOW, THEREFORE, IN LIGHT OF THE FOREGOING, IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, on the one hand, and TAIS on the other hand, by and through their respective undersigned counsel, as follows:

1. The parties will file a Joint Status Conference Statement with the Court no later than June 30, 2008, and report the status of the ongoing settlement negotiations at the currently scheduled Case Management Conference on July 7, 2008, at 3:00 p.m.;

2. The deadline for TAIS to file and serve its initial response to the First Amended Complaint shall be extended to and including July 10, 2008;

3. The deadline for the parties to submit the Rule 26 Joint Report shall be extended to and including July 14, 2008;

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
COSTA MESA

2   JOINT STIPULATION TO CONTINUE LITIGATION
    DEADLINES; [PROPOSED] ORDER THEREON

70061582.2

4.   This Stipulation may be executed in counterparts, each of which shall be deemed an original, but both of which, when taken together, shall constitute one and the same instrument. Executed signature pages of this Stipulation transmitted by facsimile shall be accepted by the parties hereto and the Court as though they were original signature pages.

Dated: June 25, 2008

DEAN J. ZIPSER
ADINA L. WITZLING
MANATT, PHELPS & PHILLIPS, LLP

By: _____
Dean J. Zipser
*Attorneys for Defendant*
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.

Dated: June ____, 2008

STUART C. TALLEY
KERSHAW, CUTTER & RATINOFF LLP

MARK J. TAMBLYN
WESLER TORISEVA WALLACE LLP

By: _____
Stuart C. Talley
*Attorneys for Plaintiff* MICHAEL SIMON

### ORDER

Based on the foregoing stipulation of the parties and good cause appearing therefor:

1. The parties will file a Joint Status Conference Statement with the Court no later than June 30, 2008, and report the status of the ongoing settlement negotiations at the currently scheduled Case Management Conference on July 7, 2008, at 3:00 p.m.;

2. The deadline for TAIS to file and serve its initial response to the First Amended Complaint shall be extended to and including July 10, 2008;

3. The deadline for the parties to submit the Rule 26 Joint Report shall be extended to and including July 14, 2008.

IT IS SO ORDERED:

Dated: July 3, 2008

By: _____
Hon. _____

IT IS SO ORDERED
Judge Marilyn H. Patel

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
COSTA MESA

70061582.2

3