## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: July 7, 2008

Case No.  C 07-6202  MHP                Judge: MARILYN H. PATEL

Title: MICHAEL SIMON -v- TOSHIBA AMERICA INC

Attorneys:  Plf: Stuart Talley
            Dft: Dean Zipser

Deputy Clerk:  Anthony Bowser   Court Reporter: Belle Ball

## PROCEEDINGS

1)  Status Conference

2)

3)

## ORDERED AFTER HEARING:

Settlement negotiations ongoing; Further status conference set for 10/6/2008 at 3:00 pm (if no motions for preliminary approval filed);

Filing of answers and rule 26 continued to 10/6/2008;