| | |
|---|---|
| 1 | Stuart C. Talley (State Bar No. 180374) |
|   | Email: stalley@kcrlegal.com |
| 2 | KERSHAW CUTTER & RATINOFF LLP |
|   | 401 Watt Avenue |
| 3 | Sacramento, California 95864 |
|   | Telephone: (916) 448-9800 |
| 4 | Facsimile: (916) 669-4499 |
| 5 | Mark J. Tamblyn (State Bar No. 179272) |
|   | Email: mjt@wtwlaw.com |
| 6 | WEXLER TORISEVA WALLACE LLP |
|   | 455 Capitol Mall, Suite 231 |
| 7 | Sacramento, California 95814 |
|   | Telephone: (916) 492-1100 |
| 8 | Facsimile: (916) 492-1124 |
| 9 | Attorneys for Individual and Representative Plaintiff Michael Simon |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SIMON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOSHIBA AMERICA, INC., a Delaware Corporation and TOSHIBA AMERICA INFORMATION SYSTEMS, INC., a California corporation,<br><br>Defendants. | Case No. CV-07-6202 (MHP)<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS** |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the Sacramento, California office of the law firm of Wexler Toriseva Wallace LLP, counsel for Plaintiff, has changed its address, telephone number, and facsimile number. The email addresses remain the same. Please update your service list to include the following updated information for the firm's Sacramento office:

---
1
NOTICE OF CHANGE OF FIRM ADDRESS

1
2  WEXLER TORISEVA WALLACE LLP
   455 Capitol Mall, Suite 231
3  Sacramento, California 95814
   Telephone: (916) 492-1100
4  Facsimile: (916) 492-1124

5

6  Dated:  August 21, 2008           WEXLER TORISEVA WALLACE LLP

7
                                     By:___/s/   Mark J. Tamblyn_____
8                                             Mark J. Tamblyn

9                                       455 Capitol Mall, Suite 231
                                        Sacramento, California  95814
10                                      Telephone:  (916) 492-1100
                                        Facsimile:  (916) 492-1124
11

12                                      Stuart C. Talley
                                        KERSHAW CUTTER & RATINOFF LLP
13                                      401 Watt Avenue
                                        Sacramento, California 95864
14                                      Telephone:  (916) 448-9800
                                        Facsimile:  (916) 669-4499
15

16                                      *Attorneys for Individual and Representative
                                        Plaintiff Michael Simon*
17

18

19

20

21

22

23

24

25

26

27

28

---

2

NOTICE OF CHANGE OF FIRM ADDRESS