1  MANATT, PHELPS & PHILLIPS, LLP
   DEAN J. ZIPSER (CA SBN 95680)
2  E-mail: DZipser@manatt.com
   ADINA L. WITZLING (CA SBN 211719)
3  E-mail: AWitzling@manatt.com
   695 Town Center Drive, 14th Floor
4  Costa Mesa, CA 92626-1924
   Telephone: (714) 371-2500
5  Facsimile: (714) 371-2550

6  Attorneys for Defendant
   TOSHIBA AMERICA INFORMATION SYSTEMS, INC.
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  MICHAEL SIMON, individually, and on          Case No.  C07-06202 MHP
    behalf of all others similarly situated,
13                                               **JOINT STIPULATION TO CONTINUE
                    Plaintiffs,                  STATUS CONFERENCE AND TO
14                                               CONTINUE TOSHIBA AMERICA
         vs.                                     INFORMATION SYSTEMS, INC.'S
15                                               RESPONSE TO PLAINTIFF'S
    TOSHIBA AMERICA, INC., a Delaware            COMPLAINT; [PROPOSED] ORDER
16  corporation, and TOSHIBA AMERICA            THEREON**
    INFORMATION SYSTEMS, INC., a
17  California corporation,                      Honorable Marilyn H. Patel
                                                 Courtroom 15
18                  Defendants.

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &      70065516.1
 PHILLIPS, LLP
ATTORNEYS AT LAW
  COSTA MESA

1    WHEREAS, plaintiff Michael Simon and defendant Toshiba America Information

2  Systems, Inc. ("TAIS") have reached a settlement-in-principle of this action;

3    WHEREAS, given and to facilitate the parties' ongoing settlement efforts, including the

4  preparation of settlement documentation and plaintiff's motion for preliminary approval of the

5  settlement, and to avoid the time and expenses associated with litigation that may become

6  unnecessary, the parties desire to continue to briefly continue the status conference and further

7  continue TAIS's deadline to respond to the Complaint;

8    NOW, THEREFORE, IN LIGHT OF THE FOREGOING, IT IS HEREBY

9  STIPULATED AND AGREED by and between plaintiff, on the one hand, and TAIS on the other

10  hand, by and through their respective undersigned counsel, as follows:

11    1.    The status conference currently set for Monday, October 6, 2008, at 3:00 p.m.,

12  shall be continued to Monday, October 20, 2008, at 3:00 p.m., or soon thereafter, subject to the

13  Court's availability.  Counsel shall appear telephonically for this status conference;

14    2.    TAIS shall have an open extension of time to file and serve its initial response to

15  the First Amended Complaint pending the parties' completion of settlement documentation,

16  subject to revocation by plaintiff's counsel on twenty (20) days' written notice; and

17    3.    This Stipulation may be executed in counterparts, each of which shall be deemed

18  an original, but both of which, when taken together, shall constitute one and the same instrument.

19  Executed signature pages of this Stipulation transmitted by facsimile shall be accepted by the

20  parties hereto and the Court as though they were original signature pages.

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
COSTA MESA

70065516.1

2    JOINT STIPULATION TO CONTINUE STATUS
CONFERENCE [ETC.]; [PROPOSED] ORDER
THEREON

1   Dated:   October __2__, 2008          DEAN J. ZIPSER
                                          ADINA L. WITZLING
2                                         MANATT, PHELPS & PHILLIPS, LLP

3

4                                         By: _____
                                             Dean J. Zipser
5                                            *Attorneys for Defendant*
                                          TOSHIBA AMERICA INFORMATION
6                                         SYSTEMS, INC.

7   Dated:   October __2__, 2008          STUART C. TALLEY
                                          KERSHAW, CUTTER & RATINOFF LLP
8
                                          MARK J. TAMBLYN
9                                         WESLER TORISEVA WALLACE LLP

10
                                          By: _____
11                                           Stuart C. Talley
                                             *Attorneys for Plaintiff* MICHAEL SIMON
12

13                                     **ORDER**

14          Based on the foregoing stipulation of the parties and good cause appearing therefor:

15          1.      The status conference currently set for Monday, October 6, 2008, at 3:00 p.m.

16   shall be continued to _April 20, 2009 @ 3:00 pm_. Counsel shall appear ~~telephonically~~. in person

17          2.      TAIS shall have an open extension of time to file and serve its initial response to

18   the First Amended Complaint pending the parties' completion of settlement documentation,

19   subject to revocation by plaintiff's counsel on twenty (20) days' written notice.

20          IT IS SO ORDERED:

21   Dated: 3/19/2009                      , ~~2008~~

22                                          By _____
                                             Honorable Marilyn
23                                                         IT IS SO ORDERED

24

25                                                         Judge Marilyn H. Patel

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
COSTA MESA

70065516.1

3     JOINT STIPULATION TO CONTINUE STATUS
      CONFERENCE [ETC.]; [PROPOSED] ORDER
      THEREON